UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-62289-CIV-CANNON/Hunt

**KRISTINA VITALE-RENNER**,

    Plaintiff,

v.

**SIXT RENT-A-CAR, LLC**,

    Defendant.
_____/

## FINAL JUDGMENT ORDER

**THIS MATTER** comes before the Court following the Court's Order Granting the Motion to Dismiss filed by Defendant Sixt Rent A Car, LLC, and dismissing Plaintiff's Second Amended Complaint with prejudice [ECF No. 167]. This Court enters this separate Final Judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDED** that Final Judgment is entered in favor of Defendant Sixt Rent A Car, LLC, and against Plaintiff Kristina Vitale-Renner.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of August 2023.

                                                  AILEEN M. CANNON
                                                  UNITED STATES DISTRICT JUDGE

cc: counsel of record